1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SEAN E. MARGULIS,

              Appellant,

v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

             Respondent.

2:11-CV-1630 JCM (CWH)

**ORDER**

Presently before the court is appellee Federal National Mortgage Association's ("FNMA") motion to remand.  (Doc. #7).  Appellant Sean Margulis filed an opposition.  (Doc. #11).  Defendant then filed a reply.  (Doc. #12).

FNMA purchased a property located at 10433 Bay Ginger Lane, Las Vegas, Nevada at a foreclosure sale on April 25, 2011.  (Doc. #7, Ex. 1).  Margulis, the prior owner of the property, refused to vacate the premises.  (Doc. #7).  Therefore, FNMA filed an unlawful detainer action in state court on May 23, 2011.  (Doc. #7, Ex. 2).  The parties then engaged in substantial legal proceedings in state court.  The state court granted a temporary writ of restitution on July 5, 2011. (Doc. #7, Ex. 3). On September 1, 2011, Margulis filed a state court appeal. (Doc. #7, Ex. 4). Then, on October 7, 2011, Margulis removed the action to federal court.  (Doc. #1).

FNMA advances several arguments to support its motion to remand, including: (1) this case does not satisfy the amount in controversy requirement of 28 U.S.C. § 1332; (2) Margulis did not

James C. Mahan
U.S. District Judge

1   remove the case within 30 days of receipt of a copy of the initial pleading pursuant to 28 U.S.C. §

2   1446(b); and (3) several state law procedural defaults.  (Doc. #7).  Margulis' opposition only

3   addresses FNMA's amount in controversy argument; it does not address the untimeliness or state

4   law procedural default arguments.  (*See* Doc. #11).

5          Pursuant to 28 U.S.C. § 1446(b), a defendant must file a notice of removal of a civil action

6   "within thirty days after the receipt by the defendant . . . of a copy of the initial pleading setting forth

7   the claim for relief . . . ."

8          Margulis does not dispute – or even address – the fact that he has been litigating this case in

9   state court for far longer than the 30-day window provided in 28 U.S.C. § 1446(b).  Therefore,

10  Margulis' removal was untimely.

11         Accordingly,

12         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that appellee Federal National

13  Mortgage Association's motion to remand (doc. #7) be, and the same hereby is, GRANTED.

14         DATED December 23, 2011.

15

16  _____

17  **UNITED STATES DISTRICT JUDGE**

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -